# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JABBAR MUHAMMAD ALI WILLIAMS, | |
| Plaintiff, | CIVIL ACTION NO.:4:19-cv-137 |
| | 4:19-cv-145 |
| v. | 4:19-cv-147 |
| JUDGE MICHAEL KARPF, et al., | |
| Defendants. | |

## **O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 18, 2019, Report and Recommendation, (doc. 9), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court in all the above-captioned cases and **DISMISSES** Plaintiff's Complaints **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** these cases.

**SO ORDERED**, this 13th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA